Commonwealth ex rel. Ponds, Appellant, *v.*
Maroney.

Submitted April 12, 1965.

*Kenneth Cecil Ponds,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Pursell, Appellant, *v.*
Russell.

Submitted April 12, 1965. *David Pursell,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.